IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE No.: CR-22-152-C |
| | ) |
| ROMONA BRIANNE PALONE, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER CONTINUING JURY TRIAL

This matter is before the Court on an unopposed motion for a continuance of the jury trial for Romona Palone, scheduled for October 11, 2022. The Court finds the motion should be granted. The 70 day time limit set forth in the Speedy Trial Act is not implicated by a continuance to the Court's November 2022 jury trial docket. The Speedy Trial Act gives this Court the discretion to "accommodate limited delays for case-specific needs." *United States v. Zedner*, 547 U.S. 489, 499 (2006). Based on the representations in the motion, the Court finds the denial of the motion under the facts of this case would unreasonably deny the defendant's reasonable time necessary for effective preparation and negotiation, taking into account the exercise of due diligence by counsel.

The Court finds no reason to deny the parties additional time to prepare and possibly negotiate a disposition to the instant case. The facts of this case justify an ends of justice determination that a continuance to the November 2022 trial docket "outweighs the best interest of the public and the defendant in a speedy trial." *United States v. Toombs*, 574 F.3d 1262, 1273 (10th Cir. 2009), *citing* 18 U.S.C. §3161(h)(7)(A). The period of delay

caused by the granting of the motion to continue on this ground is excludable for purposes of the Speedy Trial Act. 18 U.S.C. §3161(h)(7)(B)(iv). For these reasons, this case is stricken from the October 2022, jury trial docket and is rescheduled for the November 2022 jury trial docket.

**IT IS SO ORDERED** this 7th day of October, 2022.

ROBIN J. CAUTHRON
United States District Judge